UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>        v.<br><br>FELIPE DE JESUS NUNEZ-LOPEZ,<br><br>                          Defendant. | Case No.: 24-cr-2700-JO<br><br>[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO PROCEED WITH SENTENCING WITHOUT A PRESENTENCE REPORT |

On February 4, 2025, the parties filed a joint motion to waive the preparation of a presentence report ("PSR") and to proceed with sentencing with a RAP sheet. (Dkt. 23.) For good cause shown and based on the joint motion, the Court GRANTS the joint motion to waive the PSR and to proceed with sentencing with a RAP sheet. *See United States v. Shehadeh*, 962 F.3d 1096, 1102 (9th Cir. 2020) (Holding that a defendant may waive his right to the preparation of a presentence report under Fed. R. Crim. P. 32.). Accordingly, the sentencing with a PSR hearing set for May 2, 2025 is VACATED and a sentencing without a PSR is set for February 21, 2025 at 11:30 a.m.

IT IS SO ORDERED.

Dated: 2/6/25

_____
HONORABLE JINSOOK OHTA
UNITED STATES DISTRICT JUDGE